

RECEIVED

MAY - 9 2008  MAY 09 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**PLAINTIFF**
Debra Ann Curry

**08CV2709
JUDGE COAR
MAG. JUDGE DENLOW**

V.

**DEFENDANT**
Lawrence Washington

*Complaint*

(1) On 12/7/07 Lawrence Washington ordered my former Employer to terminate me so that I will need him.

(2) On 5/21/07 so Lawrence Washington caused my Hysterectomy so I would never bare a child. My disability was denied so I didn't have an income.

(3) On 9/6/ 06 Lawrence Washington ordered a Nurse to let a resident fall on to me. My workers compensation benefits were denied so I would not have an income.

(4) On 12/21 /02 Lawrence Washington ordered my neck to be burned at a salon on 142nd Street .The police was ordered not to investigate and they refused to give me the report. Lawrence Washington was angry at me for something that I said.

(5) On 2/21/01 Lawrence Washington poured something from a brown bottle on a handkerchief then covered my nose and mouth and slammed the back of my head into his closet beat me in the face and head and raped me, Because he wanted me to perform oral sex on him in his office.

(6) On 11/21/00 Lawrence Washington ordered my former Employer to terminate me because he wanted to see me and have sex with me.

(7) On 9/11/99 Lawrence Washington ordered me to be raped and beaten in the Head in a Tower of a Hotel, Because Lawrence Washington can't go.

(8) On 7/13/97 Lawrence Washington broke into my apartment and beat me in the head . I was raped, sautdoernize, starved for weeks drowned, and left for dead at 8211 South Drexel in 1 South.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

(9) On 4/6/92 Lawrence Washington ordered me to be beaten in the head with a baseball bat, and a steel glove, raped and thrown out my window. They drilled holes in my teeth below the gum, and knocked one out and glued it back in my mouth at 1742 W. 81$^{St.}$ Because I refused to come to his office to perform oral sex on him weekly, and I put his ring on the counter at Sam's Club.

(10) On 6/21/89 Lawrence Washington hit me in the mouth at 8227 South Prairie and ordered me to be beaten and raped also, the Death of my fetus.

(11) On 9/21/88 Lawrence Washington broke in my apartment hit me in the stomach, back, head, and raped me. I saw Lawrence Washington with a wire hanger sitting at the bottom of my bed bear chest then; he covered my nose and mouth with a handkerchief at 6321 south. Champlain. Lawrence Washington did this because it was not his child. He caused a spontaneous abortion.

(12) On 4/5/85 Lawrence Washington ordered my head to be beaten on the concrete and raped at 11:50pm. Outside of 10254 So. Elizabeth. I lived at 6321 South Champlain. Lawrence Washington was angry with me.

(13) On 6/21/79 Lawrence Washington ordered me to be beaten and clothes removed outside 212 W.106th St. while Lawrence filmed this then I was taken home to 214 W. 106th St. there I was raped because he did not want me to have a baby.

(14) On 6/21/76 Lawrence Washington had me raped out side 103rd Wentworth Street in front of the one fifty lounge and in front of my house at 214 W.106th St

(15) On 6/21/72 Lawrence Washington ordered me to be raped and beaten at the corner of 44th and Princeton, because he was angry with me.

(16) On. 7/21/69 Lawrence Washington broke in the apartment raped and beat me at 4448 So Princeton, because he was angry with me.

(17) On 6/21/69 Lawrence Washington raped I beat me in my breast with brass knuckles on his job, because he told me not to run on his job.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**PLAINTIFF**
Debra Ann Curry

            **Case No.**

V.

**DEFENDANT**
Lawrence Washington

(1) On 6/21/69 Lawrence Washington raped me beat me in my breast with brass knuckles on his job, because he told me not to run on his job.

(2) On. 7/21/69 Lawrence Washington broke in the apartment raped and beat me at 4448 So Princeton, because he was angry with me.

(3) On 6/21/72 Lawrence Washington ordered me to be raped and beaten at the corner of 44th and Princeton, because he was angry with me.

(4) On 6/21/76 Lawrence Washington had me raped out side 103rd Wentworth Street in front of the one fifty lounge and in front of my house at 214 W.106th St

(5) On 6/21/79 Lawrence Washington ordered me to be beaten and clothes removed outside 212 W.106th St. while Lawrence filmed this then I was taken home to 214 W. 106th St. there I was raped because he did not want me to have a baby

(6) On 4/5/85 Lawrence Washington ordered my head to be beaten on the concrete and raped at 11:50pm. outside 10254 So. Elizabeth. I lived at 6321 South Champlain. Lawrence Washington was angry with me.

(7) On 9/21/88 Lawrence Washington broke in my apartment hit me in the stomach, back, head, and raped me. I saw Lawrence Washington with a wire hanger sitting at the bottom of my bed bear chest then; he covered my nose and mouth with a handkerchief at 6321 south. Champlain. Lawrence Washington did this because it was not his child .He caused a spontaneous abortion.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

(8) On 6/21/89 Lawrence Washington hit me in the mouth at 8227 South Prairie and ordered me to be beaten and raped also, the Death of my fetus.

(9) On 4/6/92 Lawrence Washington ordered me to be beaten in the head with a bat, and a steel glove, raped and thrown out my window. They drilled holes in my teeth below the gum, and knocked one out and glued it back in my mouth at 1742 W. 81$^{St.}$ Because I refused to come to his office to perform oral sex on him weekly, and I put his ring on the counter at Sam's Club.

(10) On 7/13/97 Lawrence Washington broke into my apartment and beat me in the head. I was raped, sautdoemize, starved for weeks drowned, and left for dead at 8211 South Drexel in 1 South.

(11) On 9/11/99 Lawrence Washington ordered me to be raped and beaten in the Head in a Tower of a Hotel, Because Lawrence Washington can't go.

(12) On 11/21/00 Lawrence Washington ordered my former Employer to terminate me because he wanted to see me and have sex with me.

(13) On 2/21/01 Lawrence Washington poured something from a brown bottle on a handkerchief then covered my nose and mouth and slammed the back of my head into his closet beat me in the face and head and raped me, Because he wanted me to perform oral sex on him in his office.

(14) On 12/21 /02 Lawrence Washington ordered my neck to be burned at a salon on 142nd Street .The police was ordered not to investigate and they refused to give me the report. Lawrence Washington was angry at me for something that I said.

(15) On 9/6/ 06 Lawrence Washington ordered a Nurse to let a resident fall on to me. My workers compensation benefits were denied so I would not have an income.

(16) On 5/21/07 so Lawrence Washington caused my Hysterectomy so I would never bare a child. My disability was denied so I didn't have an income.

(17) On 12/7/07 Lawrence Washington ordered my former Employer to terminate me so that I will need him.

|  |  |
|---|---|
| D. Curry<br>Plaintiff<br><br>V .<br><br>L. Washington<br>Defendant | **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Complaint**

(1) On 6/21/69 Lawrence Washington beat me when I didn't do what he wanted me to do. Once he hit me with brass knuckles in my left breast because he told me not to run on his job. Lawrence Washington beat me outside his job burst my lip. I was on both knees crying and praying that he didn't order my death. I ran as he told me to. Lawrence Washington shot at me with a silencer outside his job one bullet hit my shoe. He ordered a policeman that I had seen on his job to capture me place me in a car handcuffed. Both hands were behind my back on the floor of the car, and he was touching me inappropriately .I later escaped to be caught in front of my house at 4448 So. Princeton. Lawrence Washington had ordered me to be given something to make me sleep .Lawrence Washington did these things because he loves me.

(2) On 7/21/69 Lawrence Washington broke into my apartment at 4448 so. Princeton in Chicago he raped and beat me because he wanted me and was angry with me. He broke his leg getting me and the Fire Department took him to the Hospital he had a cast on. I was ordered there.

(3) On 6/21/69. Lawrence Washington ordered the rape and beating. Bernard, Maurice, and Clifford Campbell were the men beating and raping me George came fighting Maurice because he wanted to be first . My head was beaten with a Baseball Bat knocked unconscious to the concrete then beat with the Baseball Bat more on the concrete at the corner of 44th and Princeton. Directly across the street from Calvary Temple church where I was the Choir Director.

## Complaint

Linda Daniel Worthum Conway Smith brought the Dildos and put in me in the form of a cross inside my anus. I was stab in the left Darier and hit with something that felt like a slug hammer hitting a Baseball Bat .I was ordered not to come outside anymore because Lawrence Washington was angry with me.

(4) On 6 /21/76 Lawrence Washington ordered me to be beaten and hit in the head with a bat by these men. Lawrence Washington sent June Campbell, Bernard Campbell and a man that I called G. they placed me unconscious in a dug grave June was throwing dirt on me at 210 w. 106th St. when I came to I was given a chance to try to run and get away by June Campbell. Lawrence Washington didn't want me to have a baby nor anyone touching my body part that he calls cup cakes. I was hit in the head by Lawrence Washington I heard a loud shot; I thought my head was blown off. I was knocked unconscious my cloths were removed. I was beaten unrecognizable in the head, face, and body out side 212 W. 106$^{th}$Street .Raped then taken to my house at 214 W.106th St. and raped again. Lawrence Washington entered the room holding a camcorder and ordered Peter to hit me in the uterus threw the vagina with his fist hard as he could When I became conscious I saw Lawrence Washington entered looked at peter then hit me in the left eye, burst my lip and swelled my mouth then he kissed me and cried because he could not have me, .and he told me not to get pregnant.

(5) On 6 /21/79Lawrence Washington took me to a restaurant on Grand I suppose to eat what he eats but, I ate meat and he became angry began to beat me in the restaurant and shot at me hit me in the knee in the Chicago loop on the Ell stairs. I was taken home to 214 W.106$^{th\ St.}$ and, hit in the head with the gun by Garnell Eugene Smith and raped in front of my house.

**Complaint**

Lawrence Washington ordered that rape and for Desiree Burt to drug me by throwing a pill in my mouth and hitting me in the throat then; Desiree Burt, Delisa Burt, Oar Burt and Garnell Eugene Smith beat me and my baby with bricks. Delisa Burt continued to throw bricks hitting my baby knocked her down and unconscious and she was laughing. Debra Smith Garnell wife took my baby from the bed threw my daughter on the porch after she beat her simultaneous while they held me down on my kitchen floor begging her not to hurt my baby. They had taken over my life and my home the police came and the police let Garnell Smith and Debra Smith cut me in the eyes, threw hot sauce in both my eyes and threw me out of my house .Edward Johnson Junior raped me until I bleed from the rectum and vomit he had me hand cuff outside to six feet ground stakes that was cemented in the ground. His father Edward Johnson Senior hit my baby in the face with a brick and knocked her unconscious .Lawrence Washington ordered theses people to take the telephone, my baby's food and the food stamps and ordered me not to eat unless the food came from the garbage first. Someone threw the ham in the garbage and that was all that we had to eat Joel Sims and his family stole all our cloths so if we came out we would be nude. Shelia Roberts, Yvette Roberts and Valerie Roberts beat me then hand cuffed me to a fence took all my clothes off beat me and was raping me Valeria Roberts had a 12in. Strap on dildo trying to put it in me when I came to they were gone and this was ordered because Lawrence Washington was angry. My baby and I could not get to Roseland Hospital her injuries were critical and needed to be in Intensive Care, but we were guarded all the time until I didn't remember the events happen. Lawrence Washington begin touching my body he would not take sex this time from me because he knew that I didn't want it like that. I was in front of Leon Barbeque and a man that was a police officer at a store on 63rd.raped me with his tongue and beat me. I ran to the outside of the One Fifty Lounge.

**Compliant**

I song several songs but the one that touched me the most was a gospel Song A healing For My Sole. Garnell Eugene Smith Director of Planning and Development beat me in the head with a bat while I was praising GOD. Lawrence Washington set in the back seat of his car filming. Lawrence Washington raped me when I was taken home Lawrence Washington had a gun and made Garnell E. Smith stand out side my bedroom window and watch him rape me. Lawrence Washington told Garnell Eugene aka Donell Smith that I was his wife and that he could hit me in the face with a brick and Lawrence Washington shot him in the knee and made me lay there then Lawrence Washington hit me in the jaw twice with a brick .When Lawrence Washington walked on the porch he gave orders to Garnell Eugene Smith to beat me. Garnell Eugene Smith and Betty Jarmin my Next door neighbor beat my head on the concrete by swinging me each had one ankle. The two of them hit me in the top of my head with a fire extinguisher until my head swollen up the size of a pumpkin there was one other person that help them get me inside they covered there face when they said did she see me it was Lawrence Washington and he did this because he was angry with me.

(6) On 4/5/85 Lawrence Washington ordered me to his house blind fold. I wore a terry cloth Dress I was beat in Lawrence Washington bed room. Lawrence Washington approached me wearing a white terry cloth bath wrap and revealed himself to me then made me have sex with him. Lawrence Washington came to my apartment knocked me down I was out, my lip was busted. Lawrence Washington had his penis in my mouth, and was holding an item that belongs to me when I regain conscious. Lawrence Washington did this because he wants me. Lawrence Washington ordered the beaten by Joann Graf ADM. she beat me in the head with a brick that's called a bullet, Nancy Miller in H.R. beat me in the chest and spit on me and Chris Hardgraves a V.P.

**Complaint**

Hit me in the head with the gun and shot at my head a bullet grazed my head then he shot at Lawrence Washington car license plate # LWLABOR brown Mercedes convertible tan top. Chris Hartgraves shot out the drivers rear light and put a bullet hole in the rear fender. Lawrence Washington drove away after he tried to pay John Coglianese $200:00 to stop .John Coglianese R.N. Garnell Eugene Smith and John Coglianese held my legs and they swung me and beat my head on the concrete 40 times the second hit I was unconscious when I came to they were still beating my head I was told that they were going to beat my head that amount of times before it begin at 10254 So. Elizabeth. I was raped hand cuff, beat in the head with a baseball bat and left to die outside. John Coglianese beat me because I answer a nursing question correct and he said when he worked at a hospital that no LPN will beat him he's a master. Garnell Eugene Smith beat me because he was ordered by Lawrence Washington to do it because Lawrence Washington was very angry with me. John Coglianese raped me in my vagina and said that's not that tight. Then in the anus and he pat me on my Darier. Lawrence Washington wanted my right hand, breast, right legs cut off, and have me blind and bold and sterilized. Garnell Eugene Smith put a pair of binoculars to my eyes. I saw Lawrence Washington across the express way watching with a binocular Lawrence Washington a woman was video taping the rape and beating. Lawrence Washington had his foot on a milk crate. I had been beaten and raped with a stick and brass knuckles in my head I flipped over to try to keep John out of my anus. I was hand cuffed to at less a 6ft. foot stake in the ground, and chained to iron railing. I was thrown over the blue roll that had evergreen written on it. My now neighbor Julie Cruthird Relative that they call Hat Beat me in the head hard .Red the man that lives with Julie Cruthird beat me also in the head with a brick.

**Compliant**

Lawrence Washington came back after they left me for dead. Lawrence Washington stood with a Loden trench coat on a brown Durby hat and cowboy boots. Two Chicago Police woman tried to shot me in the head around the time the beating occurred. There names are officer Handly and Sampson 2232 they had me in a praying position and both fired a shot at the same time to my head when the bullet hit the stairs it almost hit Garnell E. Smith he beat Officer Handly. Lawrence Washington was angry with me, I apologize to him. On 4/5/85at11:50pm. I was unconscious for ten minute because I ask to see Lawrence Washington Expensive watch Lucien Piccard.

(7) On 9/21 /88Lawrence Washington ordered a spontaneous abortion after he raped me at 6321 south Champlain. He broke in the apartment hit me in the stomach, back, and head I came to with Lawrence Washington setting at the bottom of my bed bare chest with a wire hanger in his hand. Lawrence Washington did this because he was angry and did not want me to have this baby because it was not his.

(8) On 6/21/89 Lawrence Washington ordered the death of the fetus at 8227 South Prairie. Lawrence Washington was there in my room with the preacher and the rapist Garnell Eugene Smith .Lawrence Washington came out to the bus stop on thirty fifth and Dr. Martin Luther king Drive when I got off work. Lawrence Washington told me to keep the baby but Peter was there on the other side of the building with a silencer and had and ear piece in his ear and said I can't have this child or they would kill him and showed a picture of the preacher then; he beat me and made me stay there and urinate outside. No bus came until he was finished with me .This happen because it was not Lawrence Washington baby.

**COMPLIANT**

(9) On 4/6/92/Lawrence Washington ordered Garnell Eugene Smith to throw me out my living room window at 1742 W. 81st. Street .Garnell Eugene Smith beat me in the head with a steel glove and with a car battery he stuck me with a needle and broke it off inside of me. I was moving in slow motion His wife Debra Smith and Garnell both were beating me and had the second floor neighbor to drop bricks on my head .Garnell Eugene Smith Dir. beat my head against the brick side of the building on the alley side by swinging me by my feet. Garnell Eugene Smith had holes drilled into my teeth below the gum he shattered all my top natural teeth and scaled all my natural teeth. Garnell Eugene Smith held me and had Valerie Roberts Johnson to beat me in the head and then stand on my head and told Shelia Roberts to rape me she sat in my face and would not move. I told her not to and to get out my apartment I was tied down Garnell Eugene Smith filmed this .Garnell Eugene Smith .Garnell Eugene Smith made me crawl on the streets with a dog spike collar on my neck attached to a chain with a white satin night gown on. Garnell Eugene Smith made a Great Dame dog attacked me .Lawrence Washington counted 100 people that were there participating in the slaughter. Lawrence Washington ordered this because he wanted oral sex weekly and I took his ring off and put it on the counter at Sam Club on 95th.St.and western. Lawrence Washington cut my hair off the top and back, and bottom in the store because he was angry. My hair was thick very long and healthy.

(10) On 7/13/97 Lawrence Washington ordered the beating, rape and the sautdoemize me. I lived at 8211 South Drexel apartment one south. They entered with the help of a locksmith named John that is the handy man in the neighborhood for years. John helped Edward Johnson senior the beat me in the head and breast then they held me down while Debra Smith put a four by four in my rectum and jumped on it like it was a seesaw .I was beat unconscious when I came to John the locksmith had his penis in my mouth.

**Complaint**

I was stuck in my right heal to the bone with a syringe filled with a substance by Garnell Eugene Smith and, he forced Dexamethasone 4 tabs in mouth and choked me . Garnell Eugene Smith cut two pieces of my tongue off .He crushed some pills and put them in mouth and poured water down my nose .Garnell Eugene Smith gave me ingrown toenails by soaking them in hot water then squeezing them with pliers and holding then in the pliers they took turns squeezing my toes. Garnell Eugene Smith beat the bottom of my feet to make them larger and gave me dark lines in my nail after he drilled them down and burned them .Garnell Eugene Smith, Debra Smith, Charise Johnson and Winona Johnson each put a foot in my anus at the same time. Garnell put a four by four in my anus and then stumped it in me .Garnell Eugene Smith scared up my body with a chemical that made it resemble very wide stretch marks. Garnell Eugene Smith used a chemical that put white spots on my body. Garnell Eugene Smith stuck me with a needle in my rectum and injected something that swells the side of my rectum orifices. Garnell Eugene Smith forced my anal canal beyond the exit .Garnell Eugene Smith stuck me in the Eyes with a needle and cut my vaginal hairs off in some areas and glued them back. He injured my right hip. My spine is bulged from the beating. My jaw had to be reset by the Orthodontic Maxial facial Surgeon. Garnell Eugene Smith twisted and forced my thighs inward and keeps me in that position, and injured my acetabulum. Shaved my face on the left side and put blood on my entire face and heated the blood up. Garnell Eugene Smith I felt blood come from my vagina when Garnell Eugene Smith stuck me in the uterus with a 12 in. knife, beat and raped me and knocked a tooth, injected something in my thyroid gland to make them over react. Starved me for weeks and drowned me and left for dead.

**COMPLIANT**

Edward Johnson beat me in the breast with brass knuckles and knocked a tooth out .Charise Johnson beat me in the head with a brick that is called a bullet ten times on each temple and burned me in the right eye lid with a very hot curling iron. Then Lawrence Washington came in the bed room and had sex with me, and then he hit me in the face and stuck his penis in my mouth. Lawrence Washington saw John Cogliance R.N. rape me orally. John Coglianese was in rage beating me and raping me I was tied to the bed for weeks the police came after I had used a cell phone to call 311 because 911 wouldn't go threw and the police left because Valerie Robert Johnson had pretend to be me. The 311 operator called back because I told her that they were going to take my memory. Edward Johnson Junior was holding the phone I had previously given his number as the 311 operator requested since he was the rapist that lived across the hall... A large Foley catheter 50fr. 50cc. was in my urinary meatus maxim inflated; Foley catheter was inflated in my uterus and filled with liquid then wedge in between my cervix. They dilation my uterus with a volley ball inflated with helium, and placed a dilation and curettage instrument in my rectum opened to the maxim when I would lose conscious Garnell was ordered to pour ammonia around my nose. I saw Lawrence with the helium tank Edward Johnson Jr. said he would pull it and I wouldn't have any children if I talk he was holding the phone .Edward Johnson junior pulled the catheters out together they were maxim inflated . I later tried to escape but was captured by Edward Johnson Jr. he was beating me only in the head and raping me in the anus, he keep telling me to give it to him so he could record it and he wont kill me he will put me to sleep .I was medicated by them to take my memory of the event.

**COMPLIANT**

I was thrown out my bedroom window. I used a piece of glass to I carved part of my name in the lower back portion of his head while he beat on the service walk of 8211 So. Drexel .Someone put a large Foley in me and pulled it out several times the person covered there face. Debra Smith and Garnell Smith cut me in the face and stab me with a screw driver behind my left ear. Threw rats in the bed with me hog tied. Betty E. White R.N . They threw me in the alley Vicky Brewer L.P.N .tried to kill me by hitting me and running me over with her car. Her car was on top of my right hip. They carried me back in the house after Charles B .Anderson hit me in the face and his son Eric Anderson 337lbs. jumped on my right hip had a hospital patient with his red hospital arm bands on with concentrated contaminated urine in Foley bags marked isolation and Garnell poured urine on my body. There was a man with red skin on one side of his face they said he was a Doctor raped me. Charise Johnson burned my right eye lid with a very hot curing iron and pulled my hair out with shark teeth and I saw her stick me with a needle in the hair follicles on my legs with Garnell Eugene Smith . Lawrence Washington toke a $300.00 dollar circulum new pot set because I was informed they were going to take it alone with everything I had worked years for. I was at Ingalls Hospital Lawrence Washington visited told the nurse to give me a bed bath then he raped me stuck his penis in my mouth .My nurse caught him and they were fighting I couldn't move.

(11) On 9/11/99 Lawrence Washington ordered my beating at the Hilton Twin tower because he couldn't go; there were 100 peoples there. Beating me and raping me while I was held down by Garnell Eugene Smith... Linda Daniel Conway Worthum Smith beat me and was stabbing at my vagina. Michael Smith hit me in the head very hard, and knocked me down .Then I heard a loud sound like steel hitting my head.

## COMPLIANT

Garnell Eugene Smith made me walk pass each person in the hall way that wanted to beat me and they hit me until I was unconscious. Tom Conway raped me vaginal and I told him never touch me .Garnell Eugene Smith enlarged my abdominal area when I came to he was holding a air pump with my abdomen distended tight.

(12) On 11/21/00 Lawrence Washington ordered The. to terminate me because he wanted to see me

(13) On 2/21/01 Lawrence Washington covered my nose with a handkerchief then slammed my head hard into his closet then he raped me and beat me in the head and face then stuck me in the right foot, then he walked out the room he was asked what was wrong with me why is she shaking and he answered 1 don't know she fell trip on something I was given oxygen then he hit me in the head. I arrived there with a flat stomach and awaken with a very large abdomen. I am a member of a Church. I was hit extremely hard by Mark Henton at Lawrence Washington Job.

(14)On6/21/79 Lawrence Washington Ordered Vincent Ellison to burn my neck on 142nd Street and, ordered the police not to investigate in 2002 and they put me out of the station with blood and pulse dripping from my neck. I sent a complaint sent to Illinois department of Professional regulation, and they said that there was no known person name Vincent Ellison

.(15) On 9/6/06 Lawrence Washington ordered a nurse to let a resident fall on me. I lose two pint of blood. My workers compensation benefit was denied and I was forced to work. Lawrence Washington did this so that I would be forced to work and strain myself so I would be hospitalized with no income

**COMPLIANT**

(16) On 5/21 Lawrence Washington ordered my Hysterectomy and caused it by beating me and ordering the beatings. Lawrence Washington did this because he didn't want me to bare a child. My disability was denied, because he didn't want me to have an income. Lawrence Washington ordered my Gyn. To refuse to give me antibiotic until my surgical site dehiscent.

(17) Lawrence Washington ordered my former Employer to terminate me on 12/7/08 an John Cogliance signed it and Nancy Miller mailed it on 12/20/07 so that I want have a job and to take my health insurance from me to cause me to loss my life, and everything that I worked hard for again. Lawrence Washington is a Government Employee. Tanner verses Tanner therefore The United States District Court For the Northern District OF Illinois have the Jurisdiction.

*Delma Ann Curry*
10254 So. Elizabeth
Chicago, IL. 60643
773 830-8303