

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Debra Ann Curry
(Please print)

**STREET ADDRESS:** 10254 So. Elizabeth

**CITY/STATE/ZIP:** Chicago, IL. 60643

**PHONE NUMBER:** 773-330-8363

**CASE NUMBER:** 08CV2709
JUDGE COAR
MAG. JUDGE DENLOW

_Debra Ann Curry_
Signature

5-9-08
Date

**FILED**
MAY - 9 2008
MAY 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT