## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2709 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Debra Ann Curry vs. Washington | | |

**DOCKET ENTRY TEXT**

Motion [4] by Plaintiff Debra Ann Curry for leae to proceed in forma pauperis is Denied.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|